**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUITÎ

RANDY JOSEPH MOORE,
    *Petitioner-Appellant,*

v.

JEFF PREMO, Superintendent of OSP,
    *Respondent-Appellee.*

No. 04-15713

D.C. No.
CV-01-01795-AJB/JMS
District of Oregon,
Portland

ORDER

On Remand From The United States Supreme Court

Filed February 15, 2011

Before: Stephen Reinhardt, Marsha S. Berzon, and
Jay S. Bybee, Circuit Judges.

---

**ORDER**

As required by the Supreme Court in *Premo v. Moore*, dated January 19, 2011, the district court's order denying the writ of habeas corpus is **AFFIRMED**.